1  Brent H. Blakely (SBN 157292)
   bblakely@blakelylawgroup.com
2  Cindy Chan (SBN 247495)
   cchan@blakelylawgroup.com
3  BLAKELY LAW GROUP
   1334 Parkview Avenue, Suite 280
4  Manhattan Beach, California 90266
   Telephone:  (310) 546-7400
5  Facsimile:  (310) 546-7401

6  *Attorneys for Plaintiff*
   *Chrome Hearts LLC*
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | CHROME HEARTS LLC, a Delaware          ) CASE NO. 2:14-cv-00260-BRO-CW
   | Limited Liability Company,             )
12 |                                        ) **ORDER GRANTING  DISMISSAL**
   |                                        ) **OF ACTION WITHOUT PREJUDICE**
13 |                Plaintiff,              )
   |                                        )
14 |        vs.                             )
   |                                        )
15 |                                        )
   | ROSS STORES, INC., a Delaware          )
16 | Corporation; ISAAC IMPORT, INC., a     )
   | New York Corporation; WINDSOR          )
17 | FASHIONS, INC., a California           )
   | Corporation; and DOES 1-10, inclusive, )
18 |                                        )
   |                Defendants.             ) **Hon. Beverly Reid O'Connell**
19 |                                        )

20

21

22

23

24

25

26

27

28

                                    1
              **ORDER GRANTING DISMISSAL OF ACTION WITHOUT PREJUDICE**

1　**IT IS HEREBY ORDERED** by and amongst the parties, through their
2　respective attorneys of record, that this entire action be dismissed *without* prejudice
3　pursuant to Fed.R.Civ.P. 41(a). Each party shall bear their own attorneys' fees and
4　costs associated with this action. **IT IS FURTHER ORDERED** that the jurisdiction
5　of this Court is retained for the purpose of making any further orders necessary or
6　proper for enforcement of the settlement between the parties.

8　**IT IS SO ORDERED.**

10　Dated: April 29, 2015

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge